UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>James Covington</u>

               v.                  06-cv-416-PB

<u>Blaine Hawkes, et al</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 26, 2007, no objection having been filed.

SO ORDERED.

February  23, 2007          /s/ Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge


cc:    James Covington, Pro se